Susan St. Vincent
Yosemite Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241




FILED

JUL 26 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:16-mj-068-MJS |
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| JAMES JOSEPH REDMAN, | |
| Defendant. | |

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the assistant prosecutor for misdemeanor matters arising in the park. I have been so employed for six months. In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite. In the normal course of my duties, I learned that defendant James Joseph REDMAN has failed to obey all laws, and has failed to notify the Court or legal office of new violations.

As the acting legal officer, I am aware that REDMAN, was charged with: <u>Count 1</u>: failure to comply with a traffic control device, in violation of Title 36 Code of Federal

1

Regulations § 4.12; Count 2: possessing a controlled substance (marijuana), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2); Count 3: carrying an open alcoholic beverage within a motor vehicle, in violation of 36 Code of Federal Regulations § 4.14(b); Count 4: carrying a concealed firearm in a motor vehicle, in violation of 36 Code of Federal Regulations § 2.4(f), assimilating California Penal Code §25400(a)(1); Count 5: carrying a loaded firearm within a vehicle, in violation of Title 36 Code of Federal Regulations § 2.4(f), assimilating California Penal Code §25850(a); and Count 6: possessing a firearm in violation of probation conditions, in violation of 36 Code of Federal Regulations §2.4(f), assimilating §29815(a).

On September 14, 2016, REDMAN plead guilty to the charges of Count 4: carrying a concealed firearm in a vehicle; Count 5: carrying a loaded firearm in a vehicle; and Count 6: possessing a firearm while on probation. Counts 1, 2, and 3 were dismissed. REDMAN was sentenced to 60 days in custody suspended for the first 12 months of probation; 24 months of unsupervised probation with the conditions he obey all laws; report any new violations to the Court through counsel; not possess any firearm; forfeit his firearm to the government; and pay a $30 special assessment. The government alleges REDMAN has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:    FAILURE TO OBEY ALL LAWS

REDMAN was ordered to obey all laws. On November 06, 2016, REDMAN was arrested, detained, and cited in Lancaster, California for misdemeanor theft of personal property, in violation of California Penal Code §484(A).

CHARGE TWO:    FAILURE TO OBEY ALL LAWS

REDMAN was ordered to obey all laws. On June 26, 2017, REDMAN was arrested in Lancaster, California for misdemeanor spousal battery, in violation of California Penal Code §243(E)(1).

CHARGE THREE:  FAILURE TO REPORT NEW VIOLATION

REDMAN was ordered to report any new violations or law enforcement contact to

the Court and Legal Office within seven days of the incident. On On June 26, 2017, REDMAN was arrested, detained, and cited in Lancaster, California for misdemeanor spousal battery, in violation of California Penal Code §243(E)(1). The Yosemite Legal Office learned of this arrest on July 24, 2017 through reviewing REDMAN'S criminal background.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

07/26/17
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

7/26/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California