1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JAMES REDMAN

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No.  6:16-mj-00068-MJS
                                       )
12            Plaintiff,               )   **STIPULATION TO CONTINUE AUGUST 8,**
                                       )   **2017 REVIEW HEARING**
13  vs.                                )
                                       )
14  JAMES REDMAN,                      )
                                       )
15            Defendant.               )
                                       )

16

17        IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for James Redman, that the Court continue the

20  August 8, 2017 review hearing to September 27, 2017. Additionally, the parties stipulate to

21  continue the sixty day suspended custody sentence for ninety days from the day of this

22  stipulation.

23        On September 14, 2016, the Court sentenced Mr. Redman to twenty-four months of

24  unsupervised probation, with the conditions that he obey all laws and advise the Court and

25  Government Officer within seven days of being cited or arrested for any alleged violation of law.

26  He was also ordered to pay a $30.00 penalty assessment, forfeit the weapon that was confiscated,

27  and refrain from possessing a firearm, ammunition, destructive device, or any other dangerous

28  weapon. Additionally, the Court sentenced Mr. Redman to sixty days in custody, suspended for

the first twelve months of probation.

On July 26, 2017, the government filed an affidavit of alleged probation violation, alleging that Mr. Redman failed to obey all laws as a result of an alleged incident in November 2016 and in June 2017. The government also alleges that Mr. Redman failed to notify of the June 2017 alleged incident.

Defense counsel has been in contact with Mr. Redman, and additional time is requested to locate any documentation related to the probation violation allegations. Mr. Redman resides in Lancaster. Additional time will allow the parties to resolve this matter in a single hearing and a continuance of the review hearing until September 27, 2017, at 10:00 a.m. will conserve time and resources for both the parties and the Court. Accordingly, the parties request that the Court continue the August 8, 2017 review hearing until September 27, 2017, at 10:00 a.m. Additionally, the parties request the suspended custody time be continued for ninety days from the date of this stipulation. Mr. Redman remains on probation until September 14, 2018.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 7, 2017                    */s/ Susan St. Vincent*
                                        Susan St. Vincent
                                        Yosemite Legal Officer
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender


Date: August 7, 2017                    */s/ Reed Grantham*
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JAMES REDMAN

Redman – Stipulation to Continue
    Review Hearing

1

**O R D E R**

2    **GOOD CAUSE APPEARING**, the above stipulation to continue the August 8, 2017

3    review hearing in Case No. 6:16-mj-00068-MJS to September 26, 2017, at 10:00 a.m., and to

4    suspend service of the previously ordered sixty day custody sentence for ninety days from the

5    date of this Order is hereby accepted and adopted as the order of this Court.

6

7    IT IS SO ORDERED.

8

9    Dated:   August 7, 2017            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Redman – Stipulation to Continue
    Review Hearing