| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | DAVID HARSHAW, KY Bar # 86435<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | |
| 6 | Attorneys for Defendant<br>JAMES REDMAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES REDMAN,<br><br>　　　　　Defendant. | Case No. 6:16-MJ-00068-JDP<br><br>STIPULATION AND ORDER TO CONTINUE REVIEW HEARING<br><br>DATE:　　August 21, 2018<br>TIME　　　10:00 a.m.<br>JUDGE:　Hon. Jeremy D. Peterson |
|---|---|

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender David Harshaw, counsel for James Redman, that the Court continue the August 21, 2018 hearing to September 25, 2018 at 10:00 a.m.  This is to accommodate Mr. Redman making travel arrangements and adjusting his work schedule. The parties thus request that the Court continue Mr. Redman's August 21, 2018 hearing to September 25, 2018 at 10:00 a.m.

DATED: August 17, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　　　*/s/ David Harshaw*
　　　　　　　　　　　　　　　　　　　　　　　DAVID HARSHAW
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for  ADAM CAMPIGLI

-1-

DATED: August 17, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

## ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the August 21, 2018, hearing for James Redman, Case No. 6:16-MJ-00068-JDP, is continued to September 25, 2018, at 10:00 a.m.

Dated: _____
HON. JEREMY D. PETERSON
United States Magistrate Judge

IT IS SO ORDERED.

Dated: __August 20, 2018__                    _____
UNITED STATES MAGISTRATE JUDGE