HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel. (916) 498-5700/Fax (916) 498-5700
Rachelle_barbour@fd.org

Attorney for Defendant
JAMES REDMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-MJ-0068 JDP |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER VACATING REVIEW HEARING** |
| vs. | |
| JAMES REDMAN, | |
| Defendant. | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, JAMES REDMAN, by and through his Assistant Federal Defender, Rachelle Barbour, that the Court may vacate the review hearing set for August 20, 2019. Mr. Redman was ordered to serve 60 days in custody starting in January 2019. BOP records indicate that Mr. Redman did serve his custodial sentence as ordered. Probation was extended until September 25, 2019, and a review hearing was set. As Mr. Redman has served his sentence and the Government has confirmed that his criminal history is clear of any new offenses, it is respectfully requested that the Court vacate the review hearing and terminate probation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 15, 2019    */s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for JAMES REDMAN

| | | |
|---|---|---|
| 1 | | |
| 2 | | McGREGOR SCOTT<br>United States Attorney |
| 3 | | |
| 4 | Dated: August 15, 2019 | /s/ *Rachelle Barbour for S. St.Vincent*<br>SUSAN ST. VINCENT |
| 5 | | Legal Officer |

ORDER

The review hearing scheduled for August 20, 2019 is vacated. The court hereby terminates the term of probation.

IT IS SO ORDERED.

Dated: __August 19, 2019__          _____
                                    UNITED STATES MAGISTRATE JUDGE